NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TDM AMERICA, LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5138

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-472, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

TDM America, LLC (TDM) notifies the court of a final decision concerning reexamination and moves without opposition to continue the stay of the briefing schedule pending disposition by the United States Court of Federal Claims of TDM's motion for relief from judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. TDM is directed to inform this court within 21 days of the disposition of the motion how it believes this appeal should proceed. The United States may also respond within that time.

FOR THE COURT

JUN 02 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David W. Denenberg, Esq.
    Walter W. Brown, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 02 2011

JAN HORBALY
CLERK